IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | No. 2:25-CR-095-Z |
| v. | |
| KEVIN ALEXANDER HUNT, | |
| Defendant. | |

**PROTECTIVE ORDER**

Before the Court is the Government's Unopposed Motion for a Protective Order Governing Disclosure of Discovery Materials ("Motion"). ECF No. 25. The Motion seeks a protective order limiting disclosure of materials produced by the Government. The Government asserts a Protective Order is necessary to "protect personally identifiable information; protect ongoing criminal investigations; maintain the integrity of the judicial process; and to promote timely resolution of this case." *Id.* at 1. The Court **FINDS** that (1) good cause has been established to restrict disclosure and handling of those materials and (2) the proposed protective order is a reasonable measure that protects the rights of the Defendant, the public, and witnesses involved in this case. *See* ECF No. 25. Accordingly, pursuant to Federal Rules of Criminal Procedure 16 and 49.1(e), the Court **GRANTS** the Motion.

The Court **ORDERS** that, without authorization of this Court, discovery materials provided by the government to the defense shall not be copied, except to the extent needed as trial exhibits or as counsel's working copies. The copies shall not be shared outside of Defendant's counsel's office with any person not employed by Defendant's counsel.

Additionally, the Court **ORDERS** that such materials will not be provided to, or kept by Defendant, except that defendant's counsel may take the materials Defendant and show them to Defendant.

The Court further **ORDERS** that Defendant, Defendant's counsel, and any agent thereof, are prohibited from disseminating any of these materials or disclosing any information contained therein to anyone other than this Court or the parties to this case.

Finally, the Court **ORDERS** that any attorney of record who is retained or appointed to represent Defendant or who is later relieved of representation of Defendant is bound by the terms of this Order unless excused from its terms by Court Order.

This Order applies to materials provided by the Government to the defense regardless of when such materials were produced.

**SO ORDERED.**

October 31, 2025.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE