IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>KEVIN ALEXANDER HUNT,<br><br>Defendant. | No. 2:25-CR-095-Z-BR |

**ORDER**

The Court **ORDERS** the Probation Officer to file an Addendum in this case on or before **September 4, 2026**. The Addendum should identify: (1) any additional offense behavior that should be considered at sentencing and (2) any additional basis for departure or variance known to the Probation Officer.

The Court **ORDERS** the parties to file their responses to the Addendum on or before **September 18, 2026**. To afford the Probation Officer and the parties sufficient time to comply with this Order, sentencing in this case is reset for **Tuesday, October 20, 2026, at 1:30 P.M.**

**SO ORDERED.**

August 28, 2026

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE