**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **CASE NO. 2:25-CR-095-Z** |
| | § | |
| **KEVIN ALEXANDER HUNT** | § | |

**MOTION FOR CONTINUANCE OF DEADLINE TO RESPOND TO ADDENDUM AND CONTINUE SENTENCING HEARING**

Defendant Kevin Alexander Hunt ("Hunt") respectfully moves this Court for continuance of the deadline to respond to Addendum and sentencing hearing in this case and in support presents the following:

1. On August 11, 2026, the Government filed their Motion for Upward Variant Sentencing in this case. Prior to that happening the defense was operating under the agreed assumptions that this was a Guideline case. The understanding, by both parties was that the State of Texas was primary in this case and was pursuing charges alleging Attempted Capital Murder of Multiple Persons, Terrorism, and Possession of Explosive Components against Mr. Hunt. Two of the State Indictments are for first degree felony cases with possible punishment ranges of 5-99, or life.

2. Counsel for the Defendant planned the representation of her client under this stated understanding. The Government completely changed course. The Government's Motion for Upward Variance (ECF Doc. 57) changed the entire understanding of this case and it's framework by asking the Court to give Mr. Hunt a life sentence. This was requested approximately six weeks before Mr. Hunt's scheduled sentencing.

3. On August 28, 2026, the Court entered an Order for Probation to file an Addendum in this case identifying any additional offense behavior that should be considered at sentencing and any additional basis for departure or variance known to Probation.

4. The Court further Ordered all parties to file their responses to the Addendum on or before September 18, 2026. Counsel received the requested Addendum on September 4, 2026, and intends to file objections to the addendum for the Court's consideration. Counsel requires additional time to consult with the Defendant and effectively prepare the objections.

5. Consequently, an extension of the sentencing hearing, which has been set for October 20, 2026, is also requested to align with the adjusted deadlines.

6. The requested continuance of 90 days will allow counsel sufficient time to comply with the applicable briefing rules and provide the Court with a comprehensive submission to aid in a fair and just determination of the sentence.

7. Should the Court grant the requested continuance, the defense agrees that any period of delay resulting therefrom, made necessary by this request for continuance, shall be excludable under 18 U.S.C. § 3161(h)(7)(A). Additionally, the ends of justice served by the granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(A).

8. Undersigned counsel has consulted with Assistant United States Attorney Jeffrey R. Haag regarding this motion, and he is not opposed to the requested continuance.

WHEREFORE, Hunt respectfully requests that this Court continue the deadline to respond to the Addendum and extend the sentencing hearing in accordance with the date to allow defense counsel time to file its objections to the Addendum.

Respectfully submitted,

JASON D. HAWKINS
Federal Public Defender
Northern District of Texas

/s/ *C.J. McElroy*
C.J. MCELROY
Assistant Federal Public Defender
Texas Bar No. 13581995
600 South Tyler St., Suite 2300
Amarillo, Texas 79101
Tel: (806) 324-2370
Fax: (806) 324-2372

**CERTIFICATE OF CONFERENCE**

I certify that I conferred with AUSA Jeffrey R. Haag and confirmed that the government is not opposed to this request.

/s/ *C.J. McElroy*
C.J. MCELROY

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2026, I electronically filed the foregoing document using the Court's CM/ECF system, thereby providing service on attorneys of record.

/s/ *C.J. McElroy*
C.J. MCELROY