IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN ALEXANDER HUNT,<br><br>Defendant. | No. 2:25-CR-095-Z-BR-(1) |

**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO CONTINUE**

Before the Court is Defendant Kevin Alexander Hunt's ("Hunt") Motion for Continuance of Deadline to Respond to Addendum and Continue Sentencing Hearing ("Motion"). ECF No. 61. Hunt requests a ninety-day continuance to adequately respond to the PSR Addendum (ECF No. 59) and prepare a defense to the Government's Motion for Upward Variance (ECF No. 57). The Court **GRANTS** in part and **DENIES** in part Hunt's Motion.

Defense counsel asserts that her representation of Hunt at the sentencing hearing was based on a mutual agreement between Hunt and the Government that this was a "Guideline case." ECF No. 61. However, Hunt contends that the Motion for Upward Variance, filed on August 11, 2026, upset that understanding and Hunt's counsel needs additional time to prepare. *Id.*

Given the nature of the arguments in the Government's motion and the additional facts asserted in the PSR Addendum, the Court finds that a continuance is warranted. However, ninety days is too long. The Court grants the Motion in part and extends Hunt's

deadline to respond to the PSR Addendum by **thirty-one (31) days**.[1] Defendant shall file a response to the PSR Addendum no later than **Monday, October 19, 2026, at 5:00 p.m.** The Government's response to Defendant's objections to the PSR Addendum, if any, will be due **Monday, October 26, 2026, at 5:00 p.m.**

To afford the parties adequate time to brief any objections to the PSR Addendum, the sentencing hearing in this case shall be **RESET** for **Thursday, November 5, 2026, at 1:30 p.m.**

**SO ORDERED.**

September 18, 2026.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE

[1] The Court was inclined to provide additional time, but Defendant has already had Government's Motion for Upward Variance for thirty-eight days and the PSR Addendum for fourteen days. *See* ECF Nos. 57, 49. The Court factored in this time when calculating how much of a continuance was warranted. An additional thirty-one days is sufficient time to prepare a defense to the motion and fully respond to the PSR Addendum.