IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEVIN ALEXANDER HUNT | NO. 2:25-CR-095-Z |

**GOVERNMENT'S MOTION TO CONTINUE SENTENCING**

The United States of America (Government) files this motion to continue the sentencing date.

Sentencing is currently set for November 5, 2026, at 1:30 p.m. (Dkt. 62.) The United States Attorney for the Northern District of Texas, Ryan Raybould, wishes to present the Government's argument at sentencing. Due to his unavailability on November 5, the Government asks to continue the sentencing to December 3 or 4, 2026.

Respectfully Submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

s/ Jeffrey R. Haag
JEFFREY R. HAAG
Assistant United States Attorney
West Texas Branch Chief
Texas State Bar No. 24027064
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone: 806-472-7559
Facsimile: 806-472-7394
E-mail: jeffrey.haag@usdoj.gov

## CERTIFICATE OF CONFERENCE

I certify that I conferred with C.J. McElroy, counsel for Defendant, and she is not opposed to a continuance and has no scheduling conflict with a sentencing date of December 3 or 4, 2026.

s/ Jeffrey R. Haag
JEFFREY R. HAAG
Assistant United States Attorney