IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>KEVIN ALEXANDER HUNT<br><br>Defendant. | 2:25-CR-095-Z-BR-(1) |

**ORDER**

Defendant's October 22, 2026 unopposed Motion to Continue Sentencing is **GRANTED**, and the sentencing is continued to December 3, 2026 at 10:00 a.m.

**SO ORDERED**.

October 26, 2026.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE